## FEBRUARY 21, 2006

No. 04–1322. VAZQUEZ-VALENTIN *v.* SANTIAGO-DIAZ, INDIVIDUALLY AND AS MAYOR OF TOA BAJA, PUERTO RICO, ET AL. C. A.

1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Unitherm Food Systems, Inc.* v. *Swift-Eckrich, Inc.,* ante, p. 394.